Harold KONIGSBERG, Appellant,

v.

Dr. P. J. CICCONE, Warden, Appellee.

No. 19734.

United States Court of Appeals,
Eighth Circuit.

Jan. 28, 1970.

Harold Konigsberg, pro se.

Calvin K. Hamilton, U. S. Atty., Kansas City, Mo., and Charles E. French, Asst. Atty., for appellee.

Before MATTHES, GIBSON and LAY, Circuit Judges.

PER CURIAM.

Petitioner appeals from the district court's order denying his petition for a writ of habeas corpus and his motion to reopen. The petition for habeas corpus relates to various complaints as to conditions the petitioner was "forced to tolerate" at the United States Medical Center for Federal Prisoners. The trial court held a pretrial conference and conducted an evidentiary hearing from December 16 through December 20, 1968. After the hearing the parties reached certain agreements to better enable petitioner to work on his legal briefs in other pending litigation. On December 31, 1968, the district court dismissed the petition without prejudice to refile at future dates as to future complaints.

This court has reviewed the many claims of petitioner and the entire record below. We find that the appeal of petitioner is without merit and should be dismissed as frivolous.

Appeal dismissed.

STOCKHAM VALVES AND FITTINGS, INC., Appellant,

v.

ARTHUR H. SCHMITT FOUNDATION and Morris Bean & Company, Appellees.

ARTHUR J. SCHMITT FOUNDATION, Appellant,

v.

STOCKHAM VALVES AND FITTINGS, INC., Appellee.

No. 24614.

United States Court of Appeals,
Fifth Circuit.

Feb. 9, 1970.

For original opinion, see 5 Cir., 404 F.2d 13.

Douglas Arant, Birmingham, Ala., Thomas F. Reddy, Jr., New York City, for appellants.

Leigh M. Clark, Birmingham, Ala., James M. Parker, Chicago, Ill., William C. Conner, Truman S. Safford, New York City, for appellees.

ON PETITION FOR REHEARING AND PETITION FOR REHEARING EN BANC

Before COLEMAN and MORGAN, Circuit Judges, and HUNTER, District Judge.

PER CURIAM.

The Petition for Rehearing is denied and no member of this panel nor Judge in regular active service on the Court having requested that the Court be polled on rehearing en banc, (Rule 35 Federal Rules of Appellate Procedure; Local Fifth Circuit Rule 12) the Petition for Rehearing En Banc is denied.